# Court of Appeals
# of the State of Georgia

ATLANTA,   October 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2335. STATE OF GEORGIA v. KATHRYN GAIL DAWSEY, et al.**

The State issued criminal warrants for Kathryn Gail Dawsey and others, alleging criminal offenses, including theft and exploitation of a disabled person. After a grand jury elected not to indict Dawsey, she filed a motion for return of property, which the trial court granted. The State seeks to appeal the trial court's order on motion for return of property, pursuant to OCGA § 5-7-1 (a) (4). We lack jurisdiction.

OCGA § 5-7-1 (a) (4) affords the state a direct appeal "[f]rom an order, decision, or judgment suppressing or excluding evidence illegally seized or excluding the results of any test for alcohol or drugs in the case of motions made and ruled upon prior to the impaneling of a jury or the defendant being put in jeopardy, whichever occurs first." The order in the instant case does not suppress or exclude evidence. Rather, it mandates the return of personal papers and property, provides specifically that the State is authorized to make copies of the property, and reserves the parties' rights to object to admissibility of the evidence on substantive grounds at a later date, should an indictment issue.

As there is no pending case against Dawsey and the State has no right to a direct appeal from the trial court's order, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   10/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*